```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                            ROME DIVISION

IN RE: JUSTIN HEATH BOZARTH,      {   CHAPTER 13
                                  {
                                  {
      DEBTOR                      {   CASE NO. R23-41011-BEM
                                  {
                                  {   JUDGE ELLIS-MONRO
```

**OBJECTION TO CONFIRMATION**

     COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

     1. The Debtor(s)' payments under the proposed plan are not current.

     2. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (105 months).

     3. The Chapter 13 trustee requests that the Debtor(s) provide additional documentation to support the valuation of the real property disclosed on Schedule A/B.

     4. The Chapter 13 petition and schedules fail to disclose Crypto currency ownership, in violation of 11 U.S.C. § 521 and Fed. R. Bankr. P 1007(b).

     5. Pursuant to testimony at the meeting of creditors, the Debtor has a domestic support obligation. The plan fails to provide any information regarding this obligation. Prior to confirmation the Debtor must provide to the Trustee evidence that they have maintained all payments that have come due since the filing of the petition. 11 U.S.C. Section 1325(a)(8).

     6. Due to a change in circumstances since filing, Schedules I and J do not correctly reflect the current financial situation, thereby preventing the Trustee from evaluating feasibility, 11 U.S.C. Section 1325(a)(6); specifically, the Debtor testified at the 341 meeting that he no longer makes contributions to his retirement 401(k).

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
deborahr@atlch13tt.com

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

                                              _____/s/_____
                                              Deborah A. Reece, Attorney
                                              for Chapter 13 Trustee
                                              GA Bar No. 283016

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
deborahr@atlch13tt.com

R23-41011-BEM

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

JUSTIN HEATH BOZARTH
1224 COOGLER ROAD
DALTON, GA 30721-4720


This 23rd day of August, 2023

Respectfully submitted,

```
             /s/
```
Deborah A. Reece, Attorney
for Chapter 13 Trustee
State Bar No. 283016

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
deborahr@atlch13tt.com