```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ROME DIVISION

IN RE: JUSTIN HEATH BOZARTH,     {   CHAPTER 13
                                 {
                                 {
         DEBTOR                  {   CASE NO. R23-41011-BEM
                                 {
                                 {   JUDGE ELLIS-MONRO
```

**SUPPLEMENTAL OBJECTION TO CONFIRMATION**

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The amended Chapter 13 plan filed October 24, 2023 fails to indicate the proposed change(s) to Section(s) 1.4 at the top right of the form, possibly rendering those changes ineffective. General Order No. 41-2020.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

                                       _____/s/_____
                                       Sonya Buckley Gordon, Attorney
                                       for Chapter 13 Trustee
                                       GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com

R23-41011-BEM

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

JUSTIN HEATH BOZARTH
1224 COOGLER ROAD
DALTON, GA 30721-4720

Respectfully submitted,

This 25th day of October, 2023

_____/s/_____
Sonya Buckley Gordon, Attorney
For Chapter 13 Trustee
GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com